# EXHIBIT 19

## NOTICE OF DEFAULT AND MORTGAGEE'S RIGHT TO FORECLOSE AND NOTICE OF AVAILABILITY OF MORTGAGE COUNSELING SERVICES

Date mailed: July 12, 2018

Alice D. Petrone
24 Bretton Woods Drive
Cranston, RI 02920

This Notice is provided to you to inform you of the protections provided by R.I. Gen. Laws §34-27-3.1 of The Rhode Island Mortgage Foreclosure and Sale Act.

### NOTICE OF DEFAULT AND MORTGAGEE'S RIGHT TO FORECLOSE

Re: mortgage loan number 0091415844 in the original principal amount of $223,000.00

The mortgagee named below ("Mortgagee") hereby notifies you that you are in default on your mortgage. If you fail to remedy this default, Mortgagee has the right to foreclose on the real estate securing the mortgage loan referenced in this Notice.

### NOTICE OF AVAILABILITY OF MORTGAGE COUNSELING SERVICES

**Housing counseling services are available to you at no cost.** Counseling services that can help you understand your options and provide resources and referrals that may assist you in preventing foreclosure are available from mortgage counseling agencies approved by the United States Department of Housing and Urban Development (HUD). You can locate a HUD-approved mortgage counseling agency by calling HUD's toll-free telephone number, 1-800-569-4287, or by accessing HUD's Internet homepage at www.hud.gov. The TDD number is 1-800-877-8339. Foreclosure prevention counseling services are available free of charge through HUD's Housing Counseling Program.

**HUD Approved Housing Counseling Agencies in Rhode Island may be found at this link: http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?&webListAction=search&searchstate=RI.
If you do not have internet access, see the agencies listed on the enclosed list or call the toll-free number above and request a printed list.**

Mortgagee: Bayview Loan Servicing, LLC, mortgage servicer for Federal Home Loan Mortgage Corporation
Mortgagee Address: 4425 Ponce DeLeon Boulevard, 5th Floor, Coral Gables, FL 33146

Mortgagee Authorized Representative: Jennifer Kraft
Date mailed: see above
Contact Information for Mortgagee Authorized Representative:

Telephone: 1-800-457-5105

Email: jenniferkraft@bayviewloanservicing.com

Disclosure pursuant to the Federal Fair Debt Collection Practices Act: This is a communication from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

Enclosure
14.0259F.RI.MT001

{00415690.DOCX}

| **AVISO DE MORA Y DERECHO DEL ACREEDOR HIPOTECARIO A EJECUTAR LA HIPOTECA Y NOTIFICACIÓN DE DISPONIBILIDAD DE SERVICIOS DE ORIENTACIÓN HIPOTECARIA** |
|---|

Fecha de envio por correo: July 12, 2018

Alice D. Petrone
24 Bretton Woods Drive
Cranston, RI 02920

Se le proporciona esta notificacion para informarle acerca del amparo que ofrecen las Leyes Generales de Rhode Island §34-27.3.1 de *The Rhode Island Mortgage Foreclosure and Sale Act* (Ley sobre Ejecucion de Hipotecas y Remates de Rhode Island).

### AVISO DE MORA Y DERECHO DEL ACREEDOR HIPOTECARIO A EJECUTAR LA HIPOTECA

Asunto: el numero del prestamo hipotecario 0091415844

Por medio del presente el acreedor hipotecario indicado abajo ("Acreedor hipotecario") le notifica que su hipoteca esta morosa. Si no puede solventar la situacion, el Acreedor hipotecario tiene el derecho de ejecutar la hipoteca del inmueble que avala el prestamo hipotecario al cual se alude en el presente aviso.

### NOTIFICACIÓN DE DISPONIBILIDAD DE SERVICIOS DE ORIENTACIÓN HIPOTECARIA

**Se encuentran a disposicion servicios de orientacion sobre vivienda sin costo adicional.** Los servicios de orientacioin pueden ayudarle a comprender las opciones de las que dispone, asi como tambien ofrecerle recursos y referencias que podrian contribuir a evitar la ejecucion de la hipoteca. Dichos servicios los ofrecen agencias de orientacion hipotecaria aprobadas por el *United States Department of Housing and Urban Development* (Departamento de Vivienda y Desarrollo Urbano de EE.UU., HUD, por sus siglas en ingles). Puede localizar agencias de orientacion hipotecaria aprobadas por HUD llamando al numero gratuito de dicho departamento al 1-800-569-4287, o ingresando a la pagina en Internet de HUD www.hud.gov El numero del dispositivo de comunicacion para sordos (TDD, por sus siglas en ingles) es 1-800-877-8339. Los servicios de orientacion para prevenir la ejecucion de hipotecas se ofrecen sin costo alguno mediante el Programa de Orientacion para la Vivienda de HUD.

<u>Agencias de asesoria aprobadas por el Departamento de Vivienda y Desarrollo Urbano</u> en Rhode Island pueden ser encontradas en este lugar:
http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?&webListAction=search&searchstate=RI.
Si usted no tiene acceso a internet, ver las agencias que se indican en el papel incluido o llame a la linea de telefono gratuita que aparece arriba para solicitar una lista impresa.

Acreedor hipotecario: Bayview Loan Servicing, LLC, proveedor de servicios de hipoteca por Federal Home Loan Mortgage Corporation
Direccion del Acreedor hipotecario: 4425 Ponce De Leon Boulevard, 5th Floor, Coral Gables, FL 33146

Representate autorizado del Acreedor hipotecario: Jennifer Kraft
Fecha de envoi por correo: como indicado ariba
Informacion de contacto del representante autorizado del Acreedor hipotecario:

Telefono:   1-800-457-5105           Correo electronico: jenniferkraft@bayviewloanservicing.com

Encl.  14.0259F.RI.MT001
{00415691.DOCX}

This listing is current as of **07/10/2018**.

# Agencies located in RHODE ISLAND

**Agency Name:** CHURCH COMMUNITY HOUSING CORPORATION
**Phone:** 401-846-5114-12
**Toll Free:**
**Fax:** 401-849-7930
**Email:** dandreozzi@cchcnewport.org
**Address:** 50 Washington Square
NEWPORT, Rhode Island 02840-3083
**Counseling Services:**
- Financial Management/Budget Counseling
- Financial, Budgeting, and Credit Workshops
- Home Improvement and Rehabilitation Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Rental Housing Counseling
- Rental Housing Workshops

**Languages:** - English
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** www.cchcnewport.org
**Agency ID:** 81573

---

**Agency Name:** BLACKSTONE VALLEY COMMUNITY ACTION PROGRAM
**Phone:** 401-723-4520-238
**Toll Free:**
**Fax:** 401-723-3325
**Email:** jdaugherty@bvcap.org
**Address:** 32 Goff Avenue
PAWTUCKET, Rhode Island 02860-2928
**Counseling Services:**
- Fair Housing Pre-Purchase Education Workshops
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Predatory Lending Education Workshops
- Rental Housing Counseling

**Languages:**
- English
- Portuguese
- Spanish

**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** http://www.bvcap.org
**Agency ID:** 80225

---

**Agency Name:** OLNEYVILLE HOUSING CORPORATION D/B/A ONE NEIGHBORHOOD BUILDERS
**Phone:** 401-351-8719-105
**Toll Free:**
**Fax:** 401-351-0019
**Email:** pastor@oneneighborhoodbuilders.org
**Address:** 66 Chaffee Street
PROVIDENCE, Rhode Island 02909-2734
**Counseling Services:**
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops

**Languages:**
- English
- Spanish

**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** http://www.oneneighborhoodbuilders.org
**Agency ID:** 82109

---

**Agency Name:** PROVIDENCE HOUSING AUTHORITY
**Phone:** 401-709-6413
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 50 Laurel Hill Ave
Providence, Rhode Island 02909-4306
**Counseling Services:**
- Financial Management/Budget Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops

**Languages:**
- English
- Spanish

**Affiliation:**
**Website:** http://site.notavailable.org
**Agency ID:** 81892

---

**Agency Name:** STOP WASTING ABANDONED PROPERTY

**Phone:** 401-272-0526-113
**Toll Free:** 401-272-0526
**Fax:** 401-272-5653
**Email:** nlambert@swapinc.org
**Address:** 439 Pine Street
PROVIDENCE, Rhode Island 02907-1317
**Counseling Services:**
- Financial Management/Budget Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Predatory Lending Education Workshops

**Languages:**
- English
- Spanish

**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** http://www.swapinc.org
**Agency ID:** 81579

---

**Agency Name:** WEST ELMWOOD HOUSING DEVELOPMENT CORPORATION
**Phone:** 401-453-3220
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 224 Dexter St
Providence, Rhode Island 02907-2413
**Counseling Services:**
- Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Predatory Lending Education Workshops

**Languages:**
- English
- Portuguese
- Spanish

**Affiliation:** NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA
**Website:** http://www.westelmwood.org
**Agency ID:** 81377

---

**Agency Name:** RHODE ISLAND HOUSING HELP CENTER
**Phone:** 401-457-1130
**Toll Free:**
**Fax:** 401-450-1362
**Email:** helpcenter@rhodeislandhousing.org
**Address:** 43 Jefferson Blvd
WARWICK, Rhode Island 02888-1027
**Counseling Services:**
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Homebuyer Education Workshops

**Languages:**
- English
- Portuguese
- Spanish

**Affiliation:**
**Website:** www.rhodeislandhousing.org
**Agency ID:** 84588

---

**Agency Name:** NEIGHBORWORKS BLACKSTONE RIVER VALLEY
**Phone:** 401-762-0074
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 719 Front St Unit 103
Woonsocket, Rhode Island 02895-5278
**Counseling Services:**
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Predatory Lending Education Workshops

**Languages:**
- English
- Spanish

**Affiliation:** NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA
**Website:** http://www.NeighborWorksBRV.org
**Agency ID:** 84015

*Michienzie & Sawin LLC*

745 Boylston Street
Boston, Massachusetts 02116-2698

Alice D. Petrone
24 Bretton Woods Drive
Cranston, RI 02920