# EXHIBIT C

201401210005080 Bk:LR4862 Pg:233
RECORDED Cranston,RI 1/3
01/21/2014 11:35:42 AM ASGT MTG

After recording please return to:
PEIRSONPATTERSON, LLP
ATTN: RECORDING DEPT.
13750 OMEGA ROAD
DALLAS, TX 75244-4505

Prepared by:
PEIRSONPATTERSON, LLP
13750 OMEGA ROAD
DALLAS, TX 75244-4505
800-899-9027

—————————[Space Above This Line For Recording Data]—————————

Loan No.: 3013419704

# RHODE ISLAND ASSIGNMENT OF MORTGAGE

For Value Received, the undersigned holder of a Mortgage (herein "Assignor") does hereby grant, sell, assign, transfer and convey, unto **Bayview Loan Servicing, LLC**, (herein "Assignee"), whose address is **4425 Ponce de Leon Blvd., Coral Gables, FL 33146**, a certain Mortgage dated **March 16, 2007** and recorded on **March 20, 2007**, made and executed by **ALICE D PETRONE**, to and in favor of **WASHINGTON MUTUAL BANK, FA**, upon the following described property situated in **PROVIDENCE** County, State of Rhode Island:
Property Address: **24 BRETTON WOODS DRIVE, CRANSTON, RI 02920**

**See exhibit "A" attached hereto and made a part hereof.**

Parcel ID number: **17164050**
such Mortgage having been given to secure payment of **Two Hundred Twenty Three Thousand and 00/100ths ($223,000.00)**, which Mortgage is of record in Book, Volume or Liber No. **3623**, at Page **224** (or as No. **200703200000570**), in the Office of the Town Clerk of the City or Recorder of Deeds of **PROVIDENCE**, State of Rhode Island.

TO HAVE AND TO HOLD, the same unto Assignee, its successor and assigns, forever, subject only to the terms and conditions of the above-described Mortgage.

IN WITNESS WHEREOF, the undersigned Assignor has executed this Assignment of Mortgage on
12/14/2013.

Assignor:
JPMorgan Chase Bank, National Association

By: _Patrick D Coleman Jr._

Its: **Vice President**

Rhode Island Assignment of Mortgage
JP Morgan Chase Bank N.A.                    Page 1 of 2                    L73108RI 01/12 Rev. 05/12

*301341 9 7 0 4*

201401210005000 Bk:LR4602 Pg:72
RECORDED Cranston,RI 2/3
01/21/2014 11:36:42 AM ASGT MTG

## ACKNOWLEDGMENT

State of Louisiana                          §

Parish of Ouachita                          §
                                            §

On this 14th day of December 2013, before me appeared _Patrick D. Coleman Jr._, to me personally known, who, being by me duly sworn (or affirmed) did say that he/she is the **Vice President**, of **JPMorgan Chase Bank, National Association**, and that the seal affixed to said instrument is the corporate seal of said national association and that the instrument was signed and sealed on behalf of the national association by authority of its board of directors and that _Patrick D. Coleman Jr._ acknowledged the instrument to be the free act and deed of the national association.



_____
Signature of Officer

Tommie J. Nelson                    _____
Notary I.D. #067566                 Printed Name  TOMMIE J. NELSON
Lincoln Parish, Louisiana
Commissioned for Life               Notary Public
                                    _____
                                    Title of Officer

(Seal)                              My Commission Expires: _____


Rhode Island Assignment of Mortgage
JP Morgan Chase Bank N.A.

Page 2 of 2                         L73108RI 01/12 Rev. 05/12

*30134197 04*

2014012180005880 Bk:LR4862 Pg:235
RECORDED Cranston,RI 3/3
01/21/2014 11:35:42 AM ASGT MTG

## EXHIBIT "A"

Property Address:   24 Bretton Woods in Cranston, County of, and State of Rhode Island

That certain lot or parcel of land with all buildings and other improvements thereon, situated in the City of Cranston, County of Providence, State of Rhode Island, laid out and designated as Lot Number Eighty Five (85) on that plat entitled "Section One Colonial Homes Development Amended Cranston, Rhode Island By Waterman Engineering Co. April 1939", which plat is recorded with the Land Evidence Records of the City of Cranston on Recorded Plat 335.

Also designated as Lot 2849 on Assessor's Plat 11 in said City of Cranston