# EXHIBIT D

RECORDED Cranston,RI 1/1
12/05/2014 12:00:21 PM ASGT MTG

## ASSIGNMENT OF MORTGAGE

This **ASSIGNMENT OF MORTGAGE** is made and entered into from Bayview Loan Servicing LLC ("Assignor") to Federal Home Loan Mortgage Corporation, a corporation organized and existing under the laws of the United States of America ("Assignee") of 8200 Jones Branch Drive McLean, VA 22102-3110.

For good and valuable consideration paid, the receipt and sufficiency of which is hereby acknowledged, the Assignor, holder of the mortgage listed below, does by these presents hereby grant, bargain, sell, transfer, assign and set over unto the Assignee, its successors, transferees and assigns forever, all of the right, title and interest of said Assignor in and to the following instrument describing land therein, duly recorded in the Land Evidence Records of the Rhode Island city or town listed below, as follows:

| | |
|---|---|
| Mortgagor: | Alice D. Petrone |
| Mortgagee: | Washington Mutual Bank, FA |
| Document Date: | March 16, 2007 |
| Recording Jurisdiction: | Cranston |
| Recording Reference: | in Book 3623, Page 224 |
| Property Address: | 24 Bretton Woods Drive, Cranston, RI 02920 |

Together with any and all notes and obligations therein described or referred to, the debt and claim respectively secured thereby and all sums of money due and to become due thereon, with interest thereon, and attorney's fees and all other charges. This Assignment is made without recourse, representation or warranty.

IN WITNESS WHEREOF the Assignor has caused these presents to be executed in its name, by its proper officer thereunto duly authorized, this 2nd day of December, 2014.

Bayview Loan Servicing, LLC

By: Tina Brito, VP
Authorized Signatory

STATE OF Florida
COUNTY OF Dade

In Miami-Dade, FL on the 2 day of december, 2014, before me personally appeared Tina Brito, to me known and known by me to be the party executing the foregoing instrument and he/she acknowledged said instrument by him/her to be his/her free act and deed and the free act and deed of **Bayview Loan Servicing, LLC**.

HEATHER CASTIGLIONE
Notary Public - State of Florida
My Comm. Expires Oct 17, 2017
Commission # FF 063936

[NOTARY SEAL]

Print name: Heather Castiglione
Notary Public
My Commission expires: 10/17/2017.

Our File No. 14.0259F.RI.MT001

{00351212.DOCX}