# EXHIBIT E

ENV-897 (8/15)

# M&T Bank

P.O. Box 840, Buffalo, NY 14240



Hasler  FIRST-CLASS MAIL
06/06/2018
US POSTAGE $001.21⁰

ZIP 14228
011E12651308

Alice D Petrone
24 Bretton Woods Dr
Cranston, RI 02920

# M&T Bank

June, 6th 2018

---

Alice D Petrone
24 Bretton Woods Dr
Cranston, RI 02920

RE: Loan No.:           █████████
    Property Address:   24 Bretton Woods Dr
                        Cranston, RI 02920

Dear Mortgage Customer(s):

This shall serve as formal notice by M&T Bank that a default has occurred under the terms of your Note and Mortgage/Deed of Trust secured by the property referenced above. Specifically, the payments on this Note have not been made as agreed.

**You have the right to cure the default. To cure this default, you must pay the amount of the default on this loan by the 35th day from the date of this letter, which is 07-11-18 (or if this date falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter).**

**As of the date of this letter, the total amount that you must pay to cure the default is 155,466.43, which includes the amount of missed payments, and any late charges, advances, or other charges incurred. Interest, late charges, and other charges that may vary day to day will continue to accrue, and therefore the total amount of the default on the day you pay may be greater. You may contact our Single Point of Contact Team at 1-800-724-1633 to obtain updated payment information.**

Payments must be made by cashier's check or money order, payable to M&T Bank, and sent to the address below. Please include your loan number on the check or money order, and in any correspondence. Payments shall be sent to:

> M&T Bank
> P.O. Box 62182
> Baltimore, MD 21264

Please note, however, that your right to cure this default, as referenced in this letter, does not suspend your payment obligations under the Note. Pursuant to the terms of the Note, the next installment payment is still due on 02-01-12.

Payment Processing: P.O. Box 62182, Baltimore, MD 21264-2182
Notices of Error or Information Requests: M&T Bank, P.O. Box 62986, Baltimore, MD 21264-2986
Mortgage account information: 1 800 724 1633, just a click away at mtb.com.

# M&T Bank

If this default is not cured on or before 07-11-18 (or if this date falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter), the obligation for payment of the entire unpaid balance of the loan may be accelerated and become due and payable immediately without further demand. Additionally, failure to cure the default may result in sale of the Property. A deficiency judgment might also be pursued depending upon various circumstances, including the laws of the state or jurisdiction where the Property is located..

You have the right to reinstate the loan after acceleration, pursuant to and subject to the provisions and limitations of your loan documents. You also have the right to bring a court actionto assert the non-existence of a default or any other defense you may have to acceleration and sale.

Under the terms of your Mortgage/Deed of Trust, in any foreclosure proceedings, all expenses allowed by law, which may include reasonable attorney's fees and other costs relating to the default and the foreclosure may be collected. Please refer to your loan documents or consult an attorney concerning the rights and obligations you have in connection with the default described above.

If you are unable to bring the account current, M&T Bank offers consumer assistance programs designed to help resolve defaults and avoid foreclosure. If you would like to learn more about these programs, you may contact us at 1-800-724-1633 during the hours listed below.

**HUD Counseling:** For additional assistance, the United States Department of Housing and Urban Development (HUD), which is a government agency, sponsors housing counseling agencies throughout the country that can provide you advice on foreclosure alternatives, budgetary issues, and even assistance with understanding this notice. There is no fee for this service. If you would like assistance, you can contact a HUD-approved housing counselor by calling 1-800-569-4287 or you can reach the HOPE Hotline number at 1-888-995-HOPE. You may also visit the HUD website at http://www.hud.gov/counseling.

**Attention Servicemembers and Dependents:** Service members on "active duty" or "active service", or a spouse or dependent of such a service member may be entitled to certain legal protections and debt relief pursuant to the Servicemembers Civil Relief Act (SCRA). If you are entitled to or have questions as to whether you are entitled to legal protections under the SCRA, please go to ww.militaryonesource.com/scra or call 1-800-342-9647 to find out more information. You can also contact us at 1-800-724-1633 if you have any questions about your rights under SCRA.

Payment Processing: P.O. Box 62182, Baltimore, MD 21264-2182
Notices of Error or Information Requests: M&T Bank, P.O. Box 62986, Baltimore, MD 21264-2986
Mortgage account Information: 1 800 724 1633, just a click away at mtb.com.

# M&T Bank

Sincerely,

M&T Bank
Homeowner Assistance Center
Hours: Mon.-Thur.8am-9pm; Friday 8am-5pm; Saturday 8am-12pm EST
Phone: 1-800-724-1633
Fax: 1-855-678-0866

M&T Bank is attempting to collect a debt and any information obtained will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this correspondence is for compliance or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, M&T Bank retains rights under its security instrument, including the right to foreclose its lien.

CL279

Payment Processing: P.O. Box 62182, Baltimore, MD 21264-2182
Notices of Error or Information Requests: M&T Bank, P.O. Box 62986, Baltimore, MD 21264-2986
Mortgage account information: 1 800 724 1633, just a click away at mtb.com.

| NOTICE OF DEFAULT AND MORTGAGEE'S RIGHT TO FORECLOSE AND NOTICE OF AVAILABILITY OF MORTGAGE COUNSELING SERVICES |
|---|

Date mailed: July 12, 2018

Alice D. Petrone
24 Bretton Woods Drive
Cranston, RI 02920

This Notice is provided to you to inform you of the protections provided by R.I. Gen. Laws §34-27-3.1 of The Rhode Island Mortgage Foreclosure and Sale Act.

### NOTICE OF DEFAULT AND MORTGAGEE'S RIGHT TO FORECLOSE

Re: mortgage loan number ▮▮▮▮▮ in the original principal amount of $223,000.00

The mortgagee named below ("Mortgagee") hereby notifies you that you are in default on your mortgage. If you fail to remedy this default, Mortgagee has the right to foreclose on the real estate securing the mortgage loan referenced in this Notice.

### NOTICE OF AVAILABILITY OF MORTGAGE COUNSELING SERVICES

**Housing counseling services are available to you at no cost.**  Counseling services that can help you understand your options and provide resources and referrals that may assist you in preventing foreclosure are available from mortgage counseling agencies approved by the United States Department of Housing and Urban Development (HUD).  You can locate a HUD-approved mortgage counseling agency by calling HUD's toll-free telephone number, 1-800-569-4287, or by accessing HUD's Internet homepage at www.hud.gov.  The TDD number is 1-800-877-8339.  Foreclosure prevention counseling services are available free of charge through HUD's Housing Counseling Program.

**HUD Approved Housing Counseling Agencies in Rhode Island** may be found at this link:
http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?&webListAction=search&searchstate=RI.
**If you do not have internet access, see the agencies listed on the enclosed list or call the toll-free number above and request a printed list.**

Mortgagee: Bayview Loan Servicing, LLC, mortgage servicer for Federal Home Loan Mortgage Corporation
Mortgagee Address: 4425 Ponce DeLeon Boulevard, 5th Floor, Coral Gables, FL 33146

Mortgagee Authorized Representative: Jennifer Kraft
Date mailed: see above
Contact Information for Mortgagee Authorized Representative:

Telephone:     1-800-457-5105

Email: jenniferkraft@bayviewloanservicing.com

     Disclosure pursuant to the Federal Fair Debt Collection Practices Act:  This is a communication from a debt collector.  This is an attempt to collect a debt.  Any information obtained will be used for that purpose.

Enclosure
14.0259F.RI.MT001

{00415690.DOCX}

| AVISO DE MORA Y DERECHO DEL ACREEDOR HIPOTECARIO A EJECUTAR LA HIPOTECA Y NOTIFICACIÓN DE DISPONIBILIDAD DE SERVICIOS DE ORIENTACIÓN HIPOTECARIA |
|---|

Fecha de envio por correo: July 12, 2018

Alice D. Petrone
24 Bretton Woods Drive
Cranston, RI 02920

Se le proporciona esta notificacion para informarle acerca del amparo que ofrecen las Leyes Generales de Rhode Island §34-27.3.1 de *The Rhode Island Mortgage Foreclosure and Sale Act* (Ley sobre Ejecucion de Hipotecas y Remates de Rhode Island).

### AVISO DE MORA Y DERECHO DEL ACREEDOR HIPOTECARIO A EJECUTAR LA HIPOTECA

Asunto: el numero del prestamo hipotecario ▇▇▇▇▇▇

Por medio del presente el acreedor hipotecario indicado abajo ("Acreedor hipotecario") le notifica que su hipoteca esta morosa. Si no puede solventar la situacion, el Acreedor hipotecario tiene el derecho de ejecutar la hipoteca del inmueble que avala el prestamo hipotecario al cual se alude en el presente aviso.

### NOTIFICACIÓN DE DISPONIBILIDAD DE SERVICIOS DE ORIENTACIÓN HIPOTECARIA

**Se encuentran a disposicion servicios de orientacion sobre vivienda sin costo adicional.** Los servicios de orientacioin pueden ayudarle a comprender las opciones de las que dispone, asi como tambien ofrecerle recursos y referencias que podrian contribuir a evitar la ejecucion de la hipoteca. Dichos servicios los ofrecen agencias de orientacion hipotecaria aprobadas por el *United States Department of Housing and Urban Development* (Departamento de Vivienda y Desarrollo Urbano de EE.UU., HUD, por sus siglas en ingles). Puede localizar agencias de orientacion hipotecaria aprobadas por HUD llamando al numero gratuito de dicho departamento al 1-800-569-4287, o ingresando a la pagina en Internet de HUD www.hud.gov El numero del dispositivo de comunicacion para sordos (TDD, por sus siglas en ingles) es 1-800-877-8339. Los servicios de orientacion para prevenir la ejecucion de hipotecas se ofrecen sin costo alguno mediante el Programa de Orientacion para la Vivienda de HUD.

<u>Agencias de asesoria aprobadas por el Departamento de Vivienda y Desarrollo Urbano</u> en Rhode Island pueden ser encontradas en este lugar:
http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?&webListAction=search&searchstate=RI.
Si usted no tiene acceso a internet, ver las agencias que se indican en el papel incluido o llame a la linea de telefono gratuita que aparece arriba para solicitar una lista impresa.

Acreedor hipotecario: Bayview Loan Servicing, LLC, proveedor de servicios de hipoteca por Federal Home Loan Mortgage Corporation
Direccion del Acreedor hipotecario: 4425 Ponce De Leon Boulevard, 5th Floor, Coral Gables, FL 33146

Representate autorizado del Acreedor hipotecario: Jennifer Kraft
Fecha de envoi por correo: como indicado ariba
Informacion de contacto del representate autorizado del Acreedor hipotecario:

Telefono:   1-800-457-5105          Correo electronico: jenniferkraft@bayviewloanservicing.com


Encl. 14.0259F.RI.MT001
{00415691.DOCX}

This listing is current as of **07/10/2018**.

## Agencies located in RHODE ISLAND

**Agency Name:** CHURCH COMMUNITY HOUSING CORPORATION
**Phone:** 401-846-5114-12
**Toll Free:**
**Fax:** 401-849-7930
**Email:** dandreozzi@cchcnewport.org
**Address:** 50 Washington Square
NEWPORT, Rhode Island 02840-3083
**Counseling Services:** - Financial Management/Budget Counseling
- Financial, Budgeting, and Credit Workshops
- Home Improvement and Rehabilitation Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Rental Housing Counseling
- Rental Housing Workshops
**Languages:** - English
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** www.cchcnewport.org
**Agency ID:** 81573

**Agency Name:** BLACKSTONE VALLEY COMMUNITY ACTION PROGRAM
**Phone:** 401-723-4520-238
**Toll Free:**
**Fax:** 401-723-3325
**Email:** jdaugherty@bvcap.org
**Address:** 32 Goff Avenue
PAWTUCKET, Rhode Island 02860-2928
**Counseling Services:** - Fair Housing Pre-Purchase Education Workshops
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Predatory Lending Education Workshops
- Rental Housing Counseling
**Languages:** - English
- Portuguese
- Spanish
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** http://www.bvcap.org
**Agency ID:** 80225

**Agency Name:** OLNEYVILLE HOUSING CORPORATION D/B/A ONE NEIGHBORHOOD BUILDERS
**Phone:** 401-351-8719-105
**Toll Free:**
**Fax:** 401-351-0019
**Email:** pastor@oneneighborhoodbuilders.org
**Address:** 66 Chaffee Street
PROVIDENCE, Rhode Island 02909-2734
**Counseling Services:** - Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
**Languages:** - English
- Spanish
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** http://www.oneneighborhoodbuilders.org
**Agency ID:** 82109

**Agency Name:** PROVIDENCE HOUSING AUTHORITY
**Phone:** 401-709-6413
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 50 Laurel Hill Ave
Providence, Rhode Island 02909-4306
**Counseling Services:** - Financial Management/Budget Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
**Languages:** - English
- Spanish
**Affiliation:**
**Website:** http://site.notavailable.org
**Agency ID:** 81892

**Agency Name:** STOP WASTING ABANDONED PROPERTY

```
              Phone: 401-272-0526-113
          Toll Free: 401-272-0526
                Fax: 401-272-5653
              Email: nlambert@swapinc.org
            Address: 439 Pine Street
                     PROVIDENCE, Rhode Island 02907-1317
Counseling Services: - Financial Management/Budget Counseling
                     - Non-Delinquency Post Purchase Workshops
                     - Pre-purchase Counseling
                     - Pre-purchase Homebuyer Education Workshops
                     - Predatory Lending Education Workshops
          Languages: - English
                     - Spanish
        Affiliation: CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
            Website: http://www.swapinc.org
          Agency ID: 81579
```

---

```
        Agency Name: WEST ELMWOOD HOUSING DEVELOPMENT CORPORATION
              Phone: 401-453-3220
          Toll Free:
                Fax:
              Email: N/A
            Address: 224 Dexter St
                     Providence, Rhode Island 02907-2413
Counseling Services: - Fair Housing Pre-Purchase Education Workshops
                     - Financial Management/Budget Counseling
                     - Home Improvement and Rehabilitation Counseling
                     - Mortgage Delinquency and Default Resolution Counseling
                     - Non-Delinquency Post Purchase Workshops
                     - Pre-purchase Counseling
                     - Pre-purchase Homebuyer Education Workshops
                     - Predatory Lending Education Workshops
          Languages: - English
                     - Portuguese
                     - Spanish
        Affiliation: NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA
            Website: http://www.westelmwood.org
          Agency ID: 81377
```

---

```
        Agency Name: RHODE ISLAND HOUSING HELP CENTER
              Phone: 401-457-1130
          Toll Free:
                Fax: 401-450-1362
              Email: helpcenter@rhodeislandhousing.org
            Address: 43 Jefferson Blvd
                     WARWICK, Rhode Island 02888-1027
Counseling Services: - Mortgage Delinquency and Default Resolution Counseling
                     - Pre-purchase Homebuyer Education Workshops
          Languages: - English
                     - Portuguese
                     - Spanish
        Affiliation:
            Website: www.rhodeislandhousing.org
          Agency ID: 84588
```

---

```
        Agency Name: NEIGHBORWORKS BLACKSTONE RIVER VALLEY
              Phone: 401-762-0074
          Toll Free:
                Fax:
              Email: N/A
            Address: 719 Front St Unit 103
                     Woonsocket, Rhode Island 02895-5278
Counseling Services: - Mortgage Delinquency and Default Resolution Counseling
                     - Non-Delinquency Post Purchase Workshops
                     - Pre-purchase Counseling
                     - Pre-purchase Homebuyer Education Workshops
                     - Predatory Lending Education Workshops
          Languages: - English
                     - Spanish
        Affiliation: NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA
            Website: http://www.NeighborWorksBRV.org
          Agency ID: 84015
```

| NOTICE OF DEFAULT AND MORTGAGEE'S RIGHT TO FORECLOSE AND NOTICE OF AVAILABILITY OF MORTGAGE COUNSELING SERVICES |
|---|

Date mailed: July 12, 2018

Alice D. Petrone
c/o John B. Ennis, Esq,
1200 Reservoir Avenue
Cranston, RI 02920

This Notice is provided to you to inform you of the protections provided by R.I. Gen. Laws §34-27-3.1 of The Rhode Island Mortgage Foreclosure and Sale Act.

### NOTICE OF DEFAULT AND MORTGAGEE'S RIGHT TO FORECLOSE

Re: mortgage loan number [redacted] in the original principal amount of $223,000.00

The mortgagee named below ("Mortgagee") hereby notifies you that you are in default on your mortgage. If you fail to remedy this default, Mortgagee has the right to foreclose on the real estate securing the mortgage loan referenced in this Notice.

### NOTICE OF AVAILABILITY OF MORTGAGE COUNSELING SERVICES

**Housing counseling services are available to you at no cost.** Counseling services that can help you understand your options and provide resources and referrals that may assist you in preventing foreclosure are available from mortgage counseling agencies approved by the United States Department of Housing and Urban Development (HUD). You can locate a HUD-approved mortgage counseling agency by calling HUD's toll-free telephone number, 1-800-569-4287, or by accessing HUD's Internet homepage at www.hud.gov. The TDD number is 1-800-877-8339. Foreclosure prevention counseling services are available free of charge through HUD's Housing Counseling Program.

**HUD Approved Housing Counseling Agencies in Rhode Island** may be found at this link: http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?&webListAction=search&searchstate=RI.
**If you do not have internet access, see the agencies listed on the enclosed list or call the toll-free number above and request a printed list.**

Mortgagee: Bayview Loan Servicing, LLC, mortgage servicer for Federal Home Loan Mortgage Corporation
Mortgagee Address: 4425 Ponce DeLeon Boulevard, 5th Floor, Coral Gables, FL 33146

Mortgagee Authorized Representative: Jennifer Kraft
Date mailed: see above
Contact Information for Mortgagee Authorized Representative:

Telephone:   1-800-457-5105

Email: jenniferkraft@bayviewloanservicing.com

Disclosure pursuant to the Federal Fair Debt Collection Practices Act: This is a communication from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

Enclosure
14.0259F.RI.MT001
{00415690.DOCX}

| AVISO DE MORA Y DERECHO DEL ACREEDOR HIPOTECARIO A EJECUTAR LA HIPOTECA Y NOTIFICACIÓN DE DISPONIBILIDAD DE SERVICIOS DE ORIENTACIÓN HIPOTECARIA |
|---|

Fecha de envio por correo: July 12, 2018

Alice D. Petrone
c/o John B. Ennis, Esq,
1200 Reservoir Avenue
Cranston, RI 02920

Se le proporciona esta notificacion para informarle acerca del amparo que ofrecen las Leyes Generales de Rhode Island §34-27.3.1 de *The Rhode Island Mortgage Foreclosure and Sale Act* (Ley sobre Ejecucion de Hipotecas y Remates de Rhode Island).

### AVISO DE MORA Y DERECHO DEL ACREEDOR HIPOTECARIO A EJECUTAR LA HIPOTECA

Asunto: el numero del prestamo hipotecario ▮▮▮▮▮

Por medio del presente el acreedor hipotecario indicado abajo ("Acreedor hipotecario") le notifica que su hipoteca esta morosa. Si no puede solventar la situacion, el Acreedor hipotecario tiene el derecho de ejecutar la hipoteca del inmueble que avala el prestamo hipotecario al cual se alude en el presente aviso.

### NOTIFICACIÓN DE DISPONIBILIDAD DE SERVICIOS DE ORIENTACIÓN HIPOTECARIA

**Se encuentran a disposicion servicios de orientacion sobre vivienda sin costo adicional.** Los servicios de orientacioin pueden ayudarle a comprender las opciones de las que dispone, asi como tambien ofrecerle recursos y referencias que podrian contribuir a evitar la ejecucion de la hipoteca. Dichos servicios los ofrecen agencias de orientacion hipotecaria aprobadas por el *United States Department of Housing and Urban Development* (Departamento de Vivienda y Desarrollo Urbano de EE.UU., HUD, por sus siglas en ingles). Puede localizar agencias de orientacion hipotecaria aprobadas por HUD llamando al numero gratuito de dicho departamento al 1-800-569-4287, o ingresando a la pagina en Internet de HUD www.hud.gov El numero del dispositivo de comunicacion para sordos (TDD, por sus siglas en ingles) es 1-800-877-8339. Los servicios de orientacion para prevenir la ejecucion de hipotecas se ofrecen sin costo alguno mediante el Programa de Orientacion para la Vivienda de HUD.

Agencias de asesoria aprobadas por el Departamento de Vivienda y Desarrollo Urbano en Rhode Island pueden ser encontradas en este lugar:
http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?&webListAction=search&searchstate=RI.
Si usted no tiene acceso a internet, ver las agencias que se indican en el papel incluido o llame a la linea de telefono gratuita que aparece arriba para solicitar una lista impresa.

Acreedor hipotecario: Bayview Loan Servicing, LLC, proveedor de servicios de hipoteca por Federal Home Loan Mortgage Corporation
Direccion del Acreedor hipotecario: 4425 Ponce De Leon Boulevard, 5th Floor, Coral Gables, FL 33146

Representate autorizado del Acreedor hipotecario: Jennifer Kraft
Fecha de envoi por correo: como indicado ariba
Informacion de contacto del representate autorizado del Acreedor hipotecario:

Telefono: 1-800-457-5105                Correo electronico: jenniferkraft@bayviewloanservicing.com

Encl. 14.0259F.RI.MT001
{00415691.DOCX}

This listing is current as of **07/10/2018**.

## Agencies located in RHODE ISLAND

| | |
|---|---|
| **Agency Name:** | CHURCH COMMUNITY HOUSING CORPORATION |
| **Phone:** | 401-846-5114-12 |
| **Toll Free:** | |
| **Fax:** | 401-849-7930 |
| **Email:** | dandreozzi@cchcnewport.org |
| **Address:** | 50 Washington Square<br>NEWPORT, Rhode Island 02840-3083 |
| **Counseling Services:** | - Financial Management/Budget Counseling<br>- Financial, Budgeting, and Credit Workshops<br>- Home Improvement and Rehabilitation Counseling<br>- Pre-purchase Counseling<br>- Pre-purchase Homebuyer Education Workshops<br>- Rental Housing Counseling<br>- Rental Housing Workshops |
| **Languages:** | - English |
| **Affiliation:** | CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC. |
| **Website:** | www.cchcnewport.org |
| **Agency ID:** | 81573 |

| | |
|---|---|
| **Agency Name:** | BLACKSTONE VALLEY COMMUNITY ACTION PROGRAM |
| **Phone:** | 401-723-4520-238 |
| **Toll Free:** | |
| **Fax:** | 401-723-3325 |
| **Email:** | jdaugherty@bvcap.org |
| **Address:** | 32 Goff Avenue<br>PAWTUCKET, Rhode Island 02860-2928 |
| **Counseling Services:** | - Fair Housing Pre-Purchase Education Workshops<br>- Home Improvement and Rehabilitation Counseling<br>- Mortgage Delinquency and Default Resolution Counseling<br>- Non-Delinquency Post Purchase Workshops<br>- Pre-purchase Counseling<br>- Pre-purchase Homebuyer Education Workshops<br>- Predatory Lending Education Workshops<br>- Rental Housing Counseling |
| **Languages:** | - English<br>- Portuguese<br>- Spanish |
| **Affiliation:** | CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC. |
| **Website:** | http://www.bvcap.org |
| **Agency ID:** | 80225 |

| | |
|---|---|
| **Agency Name:** | OLNEYVILLE HOUSING CORPORATION D/B/A ONE NEIGHBORHOOD BUILDERS |
| **Phone:** | 401-351-8719-105 |
| **Toll Free:** | |
| **Fax:** | 401-351-0019 |
| **Email:** | pastor@oneneighborhoodbuilders.org |
| **Address:** | 66 Chaffee Street<br>PROVIDENCE, Rhode Island 02909-2734 |
| **Counseling Services:** | - Mortgage Delinquency and Default Resolution Counseling<br>- Pre-purchase Counseling<br>- Pre-purchase Homebuyer Education Workshops |
| **Languages:** | - English<br>- Spanish |
| **Affiliation:** | CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC. |
| **Website:** | http://www.oneneighborhoodbuilders.org |
| **Agency ID:** | 82109 |

| | |
|---|---|
| **Agency Name:** | PROVIDENCE HOUSING AUTHORITY |
| **Phone:** | 401-709-6413 |
| **Toll Free:** | |
| **Fax:** | |
| **Email:** | N/A |
| **Address:** | 50 Laurel Hill Ave<br>Providence, Rhode Island 02909-4306 |
| **Counseling Services:** | - Financial Management/Budget Counseling<br>- Pre-purchase Counseling<br>- Pre-purchase Homebuyer Education Workshops |
| **Languages:** | - English<br>- Spanish |
| **Affiliation:** | |
| **Website:** | http://site.notavailable.org |
| **Agency ID:** | 81892 |

| | |
|---|---|
| **Agency Name:** | STOP WASTING ABANDONED PROPERTY |

**Phone:** 401-272-0526-113
**Toll Free:** 401-272-0526
**Fax:** 401-272-5653
**Email:** nlambert@swapinc.org
**Address:** 439 Pine Street
PROVIDENCE, Rhode Island 02907-1317
**Counseling Services:**
- Financial Management/Budget Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Predatory Lending Education Workshops

**Languages:**
- English
- Spanish

**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** http://www.swapinc.org
**Agency ID:** 81579

---

**Agency Name:** WEST ELMWOOD HOUSING DEVELOPMENT CORPORATION
**Phone:** 401-453-3220
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 224 Dexter St
Providence, Rhode Island 02907-2413
**Counseling Services:**
- Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Predatory Lending Education Workshops

**Languages:**
- English
- Portuguese
- Spanish

**Affiliation:** NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA
**Website:** http://www.westelmwood.org
**Agency ID:** 81377

---

**Agency Name:** RHODE ISLAND HOUSING HELP CENTER
**Phone:** 401-457-1130
**Toll Free:**
**Fax:** 401-450-1362
**Email:** helpcenter@rhodeislandhousing.org
**Address:** 43 Jefferson Blvd
WARWICK, Rhode Island 02888-1027
**Counseling Services:**
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Homebuyer Education Workshops

**Languages:**
- English
- Portuguese
- Spanish

**Affiliation:**
**Website:** www.rhodeislandhousing.org
**Agency ID:** 84588

---

**Agency Name:** NEIGHBORWORKS BLACKSTONE RIVER VALLEY
**Phone:** 401-762-0074
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 719 Front St Unit 103
Woonsocket, Rhode Island 02895-5278
**Counseling Services:**
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Predatory Lending Education Workshops

**Languages:**
- English
- Spanish

**Affiliation:** NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA
**Website:** http://www.NeighborWorksBRV.org
**Agency ID:** 84015